**DISMISS; and Opinion Filed January 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01654-CR

### TONY YUAN LI, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80397-2013**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Brown

Tony Li pleaded guilty to assault involving family violence. Pursuant to a plea agreement, the trial court assessed punishment at 180 days' confinement in jail, probated for eighteen months, and a $400 fine. Appellant waived his right to appeal as part of the plea agreement.[1] *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

---

[1] Appellant filed a combined motion to vacate his conviction and motion for new trial, which the trial court denied by written order on October 7, 2013. Appellant filed a motion to extend time to file his notice of appeal on December 2, 2013. Because of our disposition of the appeal, we deny the extension motion as moot.

We dismiss the appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131654F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TONY YUAN LI, Appellant

No. 05-13-01654-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-80397-2013.
Opinion delivered by Justice Brown,
Justices O'Neill and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 10th day of January, 2014.

/Ada Brown/

ADA BROWN
JUSTICE